UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY JOHNSON, | ) | 1:12-cv—00787-SKO-HC |
| | ) | |
| Petitioner, | ) | INFORMATIONAL ORDER REGARDING |
| | ) | ENTRY OF JUDGMENT AND TERMINATION |
| | ) | OF THE ACTION (DOC. 8) |
| v. | ) | |
| | ) | |
| JAMES HARTLEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment. The petition was dismissed as successive by this Court's order followed by the entry of a judgment of dismissal on June 6, 2012.

On July 18, 2012, Petitioner filed objections to the dismissal of his case.

Petitioner is INFORMED that because the judgment has been

1

entered and the case terminated, the Court will not continue to process Petitioner's filings in the action.

IT IS SO ORDERED.

| Dated: July 26, 2012 | /s/ Sheila K. Oberto |
| --- | --- |
| | UNITED STATES MAGISTRATE JUDGE |